■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECILIO MARTE, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J., on motion to suppress;

John Bradley, J., at trial and sentence), rendered on March 24, 1987, unanimously reversed, upon the stipulation contained in the record, and the indictment dismissed. No opinion. Concur—Ross, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.